**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Luis E Zambrano |
| Debtor 2 (Spouse, if filing) | Maria E Zambrano |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 13-37854 |

# Form 4100R
## Response to Notice of Final Cure Payment            10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Select Portfolio Servicing, Inc., as servicer for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC2 Asset Backed Pass-Through Certificates, Series 2006-WMC2

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 5 6 3 0

**Property address:** 1713 Mystic Ave.
Number   Street

Plainfield    IL    60586
City          State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07/01/2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

Debtor 1  __Luis E Zambrano__  Case number (*if known*) __13-37854__
         First Name  Middle Name  Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __Timothy R. Yueill__            Date __06/05/2018__
  Signature

Print  __Timothy    R        Yueill__        Title __Attorney for Creditor__
       First Name   Middle Name   Last Name

Company  __Law Offices of Ira T. Nevel, LLC__

If different from the notice address listed on the proof of claim to which this response applies:

Address  __175 N. Franklin St.__
         Number        Street

__Chicago__                    __IL__    __60606__
City                           State    ZIP Code

Contact phone  (__312__) __357__ – __1125__         Email __TimothyY@Nevellaw.com__

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 06/05/2018

Chapter 13 Trustee: Glenn B Stearns
Trustee Address: 801 Warrenville Road, Suite 650, Lisle, IL 60532
Trustee Email:

Debtor's Counsel Name: Jean M. Huang  Law Offices Of Stuart B. Handelman
Debtor's Counsel Address: 200 S. Michigan Ave., Suite 205, Chicago, IL 60604
Debtor's Counsel Email:

Debtor 1 Name: Luis E Zambrano
Debtor 2 Name: Maria E Zambrano
Debtor's Mailing Address: 1713 Mystic Drive, Plainfield, IL 60586
Debtor Email:

/s/ Timothy R. Yueill